UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARSHALL M. WILSON,

    Defendant.

Case No. MJ 11-535

**DETENTION ORDER**

Defendant is charged by complaint with felon in possession of a firearm. On this date, the Court conducted a detention hearing under Title 18 U.S.C. § 3142(f). Based on the factual findings and statement of reasons for detention hereafter set forth, the Court finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has an extensive criminal history with juvenile and adult convictions. He has been convicted of crimes of violence including Assault in the First Degree and served a lengthy prison term. Over the last two years he has had a number of probation violations indicating he has not done well on supervision. When the police contacted defendant in this case, he attempted to flee and had to be chased down. Defense counsel contends defendant's flight was caused by

DETENTION ORDER - 1

post traumatic stress disorder and that he has over-come his past but that is not supported by his alleged possession of a handgun.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge